IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-1043 |
| | § | |
| WWN, INC., | § | |
|     Defendant. | § | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant WWN, Inc. hereby removes this action from the 126th Judicial District Court of Travis County, Texas, to this Court. In support of this Notice of Removal, Defendant states as follows:

1.    State Court Action.  Plaintiff filed a civil action on September 15, 2017 in Travis County District Court, 126th Judicial District Court, Cause No. D-1-GN-17-005152 (the "State Court Action"). Plaintiff brings claims for breach of contract and negligent misrepresentation. Plaintiff did not demand a trial by jury.

2.    Removal is Timely.  Plaintiff purported to serve Defendant a copy of the Original Petition and the citation on October 16, 2017 by making service on the Texas Secretary of State. This notice is timely filed pursuant to 28 U.S.C. § 1446(b) because Defendant is removing this action within 30 days after Plaintiff served the Texas Secretary of State.

3.    Venue.  This Court is the proper venue for this action pursuant to 28 U.S.C. § 1441(a) as the Travis County District Court, where Plaintiff commenced this action, is located in the judicial district of the United States District Court for the Western District of Texas.

4.     <u>Jurisdiction Exists</u>.  This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, because it is an action between diverse parties and Plaintiff is seeking damages greater than $75,000, exclusive of interest and costs.

a.     <u>Diverse Parties</u>.  There is diversity of citizenship between the parties. Defendant is a Florida corporation with its principal place of business at 7383 Monterey Blvd., Tampa, Florida.  On information and belief, Plaintiff is incorporated in Delaware, and its principal place of business is at 2922 East Cesar Chavez Street, Austin, Travis County, Texas.  Pet. ¶ 6.  Accordingly, diversity of citizenship exists pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states.  The parties were citizens of different states at the time the Petition was filed in the state action.

b.     <u>Damages Greater than $75,000</u>.  The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.  In both Plaintiff's Original Petition and in the Civil Case Information Sheet filed with the Court, Plaintiff stated that the damages sought are in excess of $1,000,000.  Pet. ¶ 5.

5.     <u>Process and Papers</u>.  Pursuant to 28 U.S.C. § 1446(a) WWN includes: (a) an index that clearly identifies each document and indicates the date the document was filed in the State Court Action (attached as Exhibit A); (b) a copy of the docket sheet in the State Court Action (attached as Exhibit B); and each document filed in the State Court Action, except discovery (attached as follows: Exhibit C (a true and correct copy of the Original Petition and Civil Case Information Sheet received by Defendant and filed with the Travis County District Court in Cause No. D-1-GN-15-002447); Exhibit D (correspondence to the Travis County District Clerk from Plaintiff's counsel requesting issuance of citation on Defendant); Exhibit E

(correspondence from the Texas Secretary of State forwarding service of citation on Defendant and Affidavit of Service); and Exhibit F (Certificate of Service from the Texas Secretary of State)).   There are no other pleadings and/or orders served on Defendant in the case.

6.    <u>Notice</u>.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon Plaintiff.  A notice of filing of this Notice of Removal is being filed with the Clerk of the Travis County District Court, contemporaneously with the filing of this Notice of Removal, in accordance with 28 U.S.C. § 1446(d) and is attached hereto and incorporated by reference as Exhibit G (Notice without attachments).

7.    <u>Preservation of Objections and Defenses</u>.  This removal is without prejudice or waiver of any defense (under Rule 12 or otherwise) or right of Defendant (including without limitation any defenses relating to service or personal jurisdiction) and Defendant does not concede that Plaintiff has pleaded any claims upon which relief can be granted.

8.    No previous application has been made for removal.

## CONCLUSION

For the foregoing reasons, this action is properly removable under 28 U.S.C. §§ 1332, 1441, and 1446.  The matter entitled *Flosports, Inc. v. WWN Inc*., Travis County District Court, 126th Judicial District Court, Cause No. D-1-GN-17-005152 is removed to the United States District Court for the Western District of Texas, Austin Division, and Defendant respectfully requests that this court assume full jurisdiction over this action as provided by law.  Defendant further requests any such other relief to which it may be justly entitled.

Respectfully submitted,

**REEVES & BRIGHTWELL LLP**


*/s/ Paul Schlaud*
Paul Schlaud
State Bar No. 24013469
Manasi Rodgers
State Bar No. 24090361
221 W. 6th Street, Suite 1000
Austin, Texas 78701
pschlaud@reevesbrightwell.com
mrodgers@reevesbrightwell.com
(512) 334-4500 (Phone)
(512) 334-4492 (Fax)

**ATTORNEYS FOR DEFENDANT
WWN, INC.**




<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd day of November 2017, the foregoing document was served via electronic mail and regular U.S. mail on the following counsel of record for Plaintiff:

Karen Burgess
Richardson + Burgess LLP
221 West 6th St., Suite 900
Austin, TX 78701-3445
kburgess@richardsonburgess.com


*/s/ Manasi Rodgers*
Manasi Rodgers

-4-

# EXHIBIT A

Cause No. D-1-GN-17-005152

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| WWN INC., | § | |
| Defendant. | § | 126TH JUDICIAL DISTRICT |


## INDEX TO STATE COURT FILINGS

Filing Date    Description

09/15/2017     Plaintiff's Original Petition

09/15/2017     Civil Case Information Sheet

10/13/2017     Plaintiff's Request for Issuance of Citation

10/19/2017     Executed Service of Citation

10/30/2017     Secretary of State Certificate of Service

# EXHIBIT B



(https://www.traviscountytx.gov)

# District Clerk - AARO - Attorney Access to Records Online

# Details

**Updated : Thursday, November 2, 2017 5:15:34 AM**

**Cause Number**
D-1-GN-17-005152

**Style**
FLOSPORTS V WWN INC

**Filed Date**
9/15/2017

**Court**
126

**Type**
BREACH OF CONTRACT (GEN LIT )

**Case Status**
PENDING

**Action/Offense**

**Hearing Date**

Request Documents (/aaro/Content/record_search_fil

New Search (/aaro/)

| Attorney | Type | Party - Full/Business | Party - Person |
|---|---|---|---|
| | DEFENDANT | WWN INC | |
| BURGESS KAREN CROOK | PLAINTIFF | FLOSPORTS INC | |

| Date | Court | Party | Description | Category | Pages | |
|---|---|---|---|---|---|---|
| 10/31/2017 | 126 | DF | SECT STATE SERVICE CERT W/SRV | SRVPROCESS | 0 | PDF not available |
| 10/30/2017 | 126 | DF | SECT STATE SERVICE CERT W/SRV | SRVPROCESS | 3 | Download (/aaro/Default/GetPdf?barCodeId=5494909) |
| 10/19/2017 | 126 | DF | EXECUTED SERVICE | SRVPROCESS | 2 | Download (/aaro/Default/GetPdf?barCodeId=5471058) |
| 10/16/2017 | 126 | DF | ISS:CITATION SEC ST-INS-HWY | ISSUANCE | 0 | PDF not available |
| 10/13/2017 | 126 | PL | OTHER FILING | OTHER | 1 | Download (/aaro/Default/GetPdf?barCodeId=5462821) |
| 9/15/2017 | 126 | DF | ISS:CITATION | ISSUANCE | 0 | PDF not available |
| 9/15/2017 | 126 | PL | ORIGINAL PETITION/APPLICATION | PET-PL | 7 | Download (/aaro/Default/GetPdf?barCodeId=5409648) |

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

© 2017 Travis County, Texas - All rights reserved.

# EXHIBIT C

9/15/2017 11:11 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-005152
Carrisa Escalante

CAUSE NO. **D-1-GN-17-005152**

| | | |
|---|---|---|
| FLOSPORTS, INC. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| WWN, INC. | § | **126TH**   JUDICIAL DISTRICT |

## PLAINTIFF FLOSPORTS, INC.'S ORIGINAL PETITION

Plaintiff FloSports, Inc. ("Plaintiff" or "FloSports") hereby files this original petition and asserts the following claims against Defendant WWN, Inc. ("Defendant" or "WWN").

### I. BACKGROUND

1.  WWN contractually promised that "all data [it] provided . . . regarding financial performance of events [it] put on . . . was accurate, reliable and truthful." Far from honoring that commitment, WWN induced FloSports to pay it hundreds of thousands of dollars based on data that was not only inaccurate and unreliable; it was just plain false.

2.  WWN negligently or otherwise misrepresented the number of fans purchasing pay-per-view and video-on-demand access to their fighting events. When pressed for the data that backed up WWN's spreadsheet of viewership, WWN originally claimed it had lost or deleted that information. Ultimately, WWN sent records listing many subscribers more than once and including purchasers of DVDs instead of broadcast services. Even with that artificial inflation of viewership, the numbers WWN attempted to account for were far less than those represented in its initial spreadsheet.

3.  In reliance on WWN's false statements, FloSports invested time and money that it will never recover in the market. Since viewership drives FloSports' subscription-base and its advertising revenue, WWN's misrepresentations robbed FloSports of the benefit of FloSports' bargain.

## II. DISCOVERY CONTROL PLAN

4.     Plaintiff intends discovery to be conducted under Texas Rule of Civil Procedure 190.3
(Level 3).

## III. CLAIM FOR RELIEF

5.     For the purposes of Rule 47 of the Texas Rules of Civil Procedure, FloSports states it is
seeking damages of more than $1 million.

## IV. PARTIES

6.     Plaintiff FloSports is a Delaware corporation with its principal place of business located
at 2922 East Cesar Chavez Street, Austin, Texas 78202.

7.     Defendant WWN is a Florida corporation.  WWN may be served with process by serving
its registered agent, Catherine A. Huett, 7383 Monterey Boulevard, Tampa, Florida 33625-6583.

## V. CAUSES OF ACTION

### A.     Breach of Contract

8.     WWN breached the Exclusive Media Event Agreement (the "Agreement").  FloSports
performed its obligations under the Agreement; all conditions precedent have been met and
presentment has been made.  FloSports suffered damages as a result of WWN's breaches.  In
addition to damages, FloSports is entitled to its costs, prejudgment interest and attorneys' fees.

### B.     Negligent Misrepresentation

9.     Negligently or otherwise WWN misrepresented the number of fans purchasing pay-per-
view and video-on-demand access to their fighting events.  WWN did not use reasonable care in
obtaining or communicating the information.  The misrepresentations and omissions were
material.  A reasonable person would attach importance to and be induced to act on WWN's
representations.  WWN had reason to expect that FloSports would rely on its representations, and
FloSports did, indeed, reasonably and justifiably rely upon them.

## VI.    DAMAGES

10.    Plaintiff respectfully requests that the Court enter judgment for its actual damages, consequential damages, special damages, attorneys' fees, interest and costs.

## VII.    ATTORNEYS' FEES

11.    Pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001(8) and the terms of the Agreement, FloSports is entitled to recover the reasonable and necessary attorneys' fees and costs incurred in the prosecution of this action.  FloSports has made proper presentment.

Respectfully submitted,

**RICHARDSON + BURGESS LLP**
221 West 6th Street, Suite 900
Austin, Texas  78701-3445
Telephone: (512) 482-8808
Facsimile: (512) 499-8886
Email: kburgess@richardsonburgess.com

By: _____
     Karen C. Burgess
     State Bar No. 00796276

**ATTORNEYS FOR PLAINTIFF**
**FLOSPORTS, INC.**

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED <u>FLOSPORTS, INC. V. WWN, INC.,</u>
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Karen C. Burgess | Email:<br>kburgess@richardsonburgess.com | Plaintiff(s)/Petitioner(s):<br><br>FLOSPORTS, INC. | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>221 W 6th St Ste 900 | Telephone:<br>(512) 482-8808 | _____ | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Austin, TX 78701 | Fax:<br>(512) 499-8886 | Defendant(s)/Respondent(s):<br><br>WWN, INC. | Custodial Parent:<br>_____ |
| Signature:<br><br>/s/ Karen C. Burgess | State Bar No:<br>00796276 | _____<br>[Attach additional page as necessary to list all parties] | Non-Custodial Parent:<br>_____<br><br>Presumed Father:<br>_____ |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☒ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br><br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability: _____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage:<br>_____ | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>_____<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: _____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Paternity/Parentage<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child:<br>_____ |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought** *(do no select if it is a family law case):*
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

# EXHIBIT D

10/13/2017 1:54 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-17-005152**
**Nancy Rodriguez**

**RB**

Richardson + Burgess LLP

**COVER SHEET**

DATE: October 13, 2017

TO:     Velva L. Price, Travis County District Clerk

Re:     Cause No. D-1-GN-17-005152; *FloSports, Inc. v. WWN, Inc.* in the 126th District Court, Travis County, Texas

FROM:   Eric Boucheron

NUMBER OF PAGES TO FOLLOW: 0

Plaintiff FloSports, Inc. respectfully requests issuance of citation for Defendant WWN, Inc., to be served on the Texas Secretary of State by certified mail to Service of Process, Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079. Once prepared, please email the citation to Eric Boucheron (eboucheron@richardsonburgess.com) to be served on Texas Secretary of State. Enclosed please find the $12.00 fee required for the issuance of this citation.

Thank you.

# EXHIBIT E

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

October 19, 2017

WWN Inc.
Registered Agent Catherine A. Huett
7383 Monterey Boulevard
Tampa, FL 33625-6583

| **2018-284672-1** |
| --- |
| Include reference number in all correspondence |

RE:  Flosports, Inc. Vs. WWN, Inc.
126th Judicial District Court Of Travis County, Texas
Cause No: D1GN17005152

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of process received by the Secretary of State of the State of Texas on October 16, 2017.

CERTIFIED MAIL #71901046470100819466

Refer correspondence to:

Karen C. Burgess
Richardson + Burgess LLP
221 West 6th Street, Suite 900
Austin, TX 78701-3445

Sincerely,

Venita Okpegbue
Team Leader, Service of Process
GF/dc
Enclosure

10/19/2017 7:48 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-005152
Terri Juarez

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-17-005152**

FLOSPORTS, INC.

, Plaintiff

    vs.

WWN, INC.

, Defendant

TO:   WWN INC.
     BY SERVING ITS REGISTERED AGENT CATHERINE A. HUETT
     7383 MONTEREY BOULEVARD
     TAMPA, FLORIDA 33625-6583
     **BY SERVING THROUGH THE SECRETARY OF STATE**
     **ROLANDO B. PABLOS, OR HIS AGENT/SUCCESSOR**
     **ATTN: CITATION DIVISION**
     **PO BOX 12079**
     **AUSTIN, TEXAS 78711-2887**

Defendant, in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the PLAINTIFF FLOSPORTS, INC.'S ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on SEPTEMBER 15, 2017, in the 126TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, October 16, 2017.

REQUESTED BY:
KAREN CROOK BURGESS
221 W 6TH STREET, STE. 900
AUSTIN, TX 78701-3445
BUSINESS PHONE:(512)482-8808  FAX:(512)499-8886

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: RODRIGUEZ NANCY

-- -- -- -- -- -- -- -- -- R E T U R N -- -- -- -- -- -- -- -- -- --

Came to hand on the _____ day of _____, _____ at _____ o'clock _____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock _____ M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFF FLOSPORTS, INC.'S ORIGINAL PETITION accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

                                        Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

_____ day of _____, _____

By: _____

**Affidavit Attached**

                                     Printed Name of Server

Notary Public, THE STATE OF TEXAS

                                     County, Texas

D-1-GN-17-005152             SERVICE FEE NOT PAID            P12 - 000001352

⎘ Original     ⎘ Service Copy

CAUSE No. D-1-GN-17-005152

| | | |
|---|---|---|
| FLOSPORTS, INC. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 126TH JUDICIAL DISTRICT |
| | § | |
| WWN, INC. | § | TRAVIS COUNTY, TEXAS |

## AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF TRAVIS | § |

"My name is **NORMAN WILEY** and I am a Certified Private Process Server authorized by written order by the Texas Supreme Court to serve Citations and other notices in this cause. I am not less than eighteen years of age; I am of sound mind and capable of making this Affidavit. I have never been convicted of a felony or misdemeanor involving moral turpitude. I am not a party to or interested in the outcome of the cause and am competent to testify to the facts stated in this affidavit, which are based on personal knowledge and are true."

"I received the documents described as a **CITATION and PLAINTIFF FLOSPORTS, INC.'S ORIGINAL PETITION** on the **16TH Day of OCTOBER, 2017 at 4:30 P.M.,** to be delivered to the within named **Defendant, WWN, INC.,** by delivering through the Texas Secretary of State, located at **1019 Brazos Street, Austin, Texas 78701."**

"On the **16TH Day of OCTOBER, 2017, at 4:45 P.M.,** I delivered two duplicate copies of the **CITATION and PLAINTIFF FLOSPORTS, INC.'S ORIGINAL PETITION** to the within named **Defendant, WWN, INC.,** by delivering through the Texas Secretary of State, by hand delivering to Michelle Robinson – Citation Clerk for the Texas Secretary of State who is authorized to accept service, along with the **$55.00 statutory fee,** located at **1019 Brazos Street, Austin, Texas 78701."**

"Further affiant sayeth naught"

**NORMAN WILEY** – Texas Certified Private Process Server
JBCC # PSC1317 (Expires: 7/31/20)
Associated Litigation Services
9605 Blue Creek Lane
Austin, Texas 78758
(512) 426-0896

Before me, a notary public, on this day personally appeared, **NORMAN WILEY,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct and within his personal knowledge. Given under my hand and seal of office this 18 day of October, 2017.

Notary Public – State of Texas

L. LeBet Wiley
ID #129491600
My Commission Expires
July 15, 2021

# EXHIBIT F

10/30/2017 5:36 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-005152
Irene Silva

# The State of Texas
Secretary of State

2018-284672-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that
according to the records of this office, a copy of the Citation and Plaintiff Flosports,
Inc.'s Original Petition. Plaintiff Flosports, Inc.'s Request For Disclosure And First Set
Of Interrogatories And Requests For Production To Defendant WWN, Inc. in the cause
styled:

Flosports, Inc. Vs. WWN, Inc.
126th Judicial District Court Of Travis County Texas
Cause No: D1GN17005152

was received by this office on October 16, 2017, and that a copy was forwarded on
October 19, 2017, by CERTIFIED MAIL, return receipt requested to:

WWN Inc.
Registered Agent Catherine A. Huett
7383 Monterey Boulevard
Tampa, FL 33625-6583

The RETURN RECEIPT was received in this office dated October 23, 2017, bearing
signature.



Date issued: October 24, 2017

Rolando B. Pablos
Secretary of State

GF/vm

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0973
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

October 24, 2017

Karen C. Burgess
Richardson + Burgess LLP
221 West 6th Street, Suite 900
Austin, TX 78701-3445

> **2018-284672**
> Include reference number in
> all correspondence

RE: Flosports, Inc. Vs. WWN, Inc.
126th Judicial District Court Of Travis County, Texas
Cause No: D1GN17005152

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Michael Orta

Michael Orta
Service of Process

Enclosure

Unofficial copy Travis Co. District Clerk Velva L. Price

neopost
10/25/2017
US POSTAGE $000.40³
FIRST-CLASS MAIL
AUTO
ZIP 78701
041L12203105

ADDRESS
SERVICE
REQUESTED

RETURN SERVICE
REQUESTED



Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Unofficial copy Travis Co. District Clerk Velva L. Price

# EXHIBIT G

Cause No. D-1-GN-17-005152

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| WWN INC., | § | |
| Defendant. | § | 126TH JUDICIAL DISTRICT |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on November 3, 2017, Defendant, WWN, Inc., through its undersigned counsel, filed a Notice of Removal in the above-captioned action to the United States District Court for the Western District of Texas.  A copy of the Notice of Removal, with all exhibits, is being filed herewith and is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, the filing of the Notice of Removal in the United States District Court for the Western District of Texas and in this Court effect the removal of the above-captioned action and this Court shall proceed no further with this action.

Respectfully submitted,

**REEVES & BRIGHTWELL LLP**

*/s/ Paul Schlaud*
Paul Schlaud
State Bar No. 24013469
Manasi Rodgers
State Bar No. 24090361
221 W. 6th Street, Suite 1000
Austin, Texas 78701
pschlaud@reevesbrightwell.com
mrodgers@reevesbrightwell.com
(512) 334-4500 (Phone)
(512) 334-4492 (Fax)

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November 2017, the foregoing document was served electronically via the Clerk of Court, who will send notification of such filing to the following counsel of record for Plaintiff:

Karen Burgess
Richardson + Burgess LLP
221 West 6th St., Suite 900
Austin, TX 78701-3445
kburgess@richardsonburgess.com


*/s/ Manasi Rodgers*
Manasi Rodgers

-2-