IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN          DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    FloSports, Inc. v. WWN, Inc., Cause No. D-1-GN-1-005152, Travis County District Court, 126th Judicial District

2. Was jury demand made in State Court?     Yes ☐     No ☒
    If yes, by which party and on what date?

    _____          _____
    Party Name                                                                                      Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    Plaintiff:
    FloSports, Inc.
    Karen C. Burgess
    Richardson + Burgess LLP
    221 W. 6th St., Suite 900
    Austin, TX 78701-3445
    (512) 482-880 (telephone)
    (512) 499-8886 (facsimile)

    Defendant:
    WWN, Inc.
    Paul Schlaud
    Manasi Rodgers
    Reeves & Brightwell LLP
    221 W. 6th St., Suite 1000
    Austin, TX 78701-3445
    (512) 334-4500 (telephone)
    (512) 334-4492 (facsimile)

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None have been asserted.

**VERIFICATION:**

_[signature]_
Attorney for Removing Party

11/6/2017
Date

WWN, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)