IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-1043-LY |
| | § | |
| WWN, INC., | § | |
|    Defendant. | § | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WWN, Inc. discloses that it is a privately held company. No publicly held corporation owns 10% or more of WWN, Inc.'s stock.

Dated: November 7, 2017

Respectfully submitted,

**REEVES & BRIGHTWELL LLP**

*/s/ Paul Schlaud*
Paul Schlaud
State Bar No. 24013469
Manasi Rodgers
State Bar No. 24090361
221 W. 6th Street, Suite 1000
Austin, Texas 78701
pschlaud@reevesbrightwell.com
mrodgers@reevesbrightwell.com
(512) 334-4500 (Phone)
(512) 334-4492 (Fax)

**ATTORNEYS FOR DEFENDANT
WWN, INC.**

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2017, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Karen Burgess
>Richardson + Burgess LLP
>221 West 6th St., Suite 900
>Austin, TX 78701-3445
>kburgess@richardsonburgess.com

>>*/s/ Manasi Rodgers*
>>Manasi Rodgers