IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-1043-LY |
| | § | |
| WWN, INC., | § | |
|     Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS

Before this Court is Defendant WWN, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), or in the alternative, Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, upon consideration of the Motion to Dismiss and any response thereto, finds that Defendant's Motion to Dismiss should be GRANTED.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) is GRANTED because this Court lacks personal jurisdiction over Defendant, or in the alternative, it is hereby ORDERED that Defendant's Motion to Dismiss Plaintiff's negligent misrepresentation claim pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED for failure to state a claim.

SIGNED and ENTERED this ____ day of _____, 2017.

_____
LEE YEAKEL
United States District Judge