| | |
|---|---|
| **From:** | Sal Hamaoui |
| **To:** | "Toby Mergler" |
| **Subject:** | RE: Non-Disclosure |
| **Date:** | Tuesday, October 11, 2016 2:48:50 PM |
| **Attachments:** | WWN 2015-2016.xlsx |
| **Importance:** | High |

Toby,

These just represent live iPPV & VOD buys for 2015-2016 events. Older titles represent about 15% of our gross sales.

Best regards,

Sal

**From:** Toby Mergler [mailto:toby.mergler@flosports.tv]
**Sent:** Tuesday, October 11, 2016 3:18 PM
**To:** sal
**Subject:** Fwd: Non-Disclosure

Here you go Sal. Look forward to getting those numbers.

Begin forwarded message:

> **From:** Martin Floreani <martin@flosports.tv>
> **Date:** October 11, 2016 at 12:13:29 PM PDT
> **To:** Toby Mergler <toby.mergler@flosports.tv>, Robert Noreck <robert.noreck@flosports.tv>
> **Subject: Re: Non-Disclosure**
>
> signed and attached.

**EXHIBIT B**

|  | 9.99 - 14.99 | 14.99 - 19.99 | 24.99 - 29.99 |  |
|---|---|---|---|---|
| EVOLVE 36 | 184 | 510 | 15 | 709 |
| EVOLVE 37 | 119 | 450 | 17 | 586 |
| EVOLVE 38 | 196 | 610 | 30 | 836 |
| EVOLVE 39 | 274 | 724 | 21 | 1019 |
| EVOLVE 40 | 279 | 764 | 26 | 1069 |
| EVOLVE 41 | 149 | 420 | 8 | 577 |
| EVOLVE 42 | 116 | 411 | 8 | 535 |
| EVOLVE 43 | 154 | 399 | 12 | 565 |
| EVOLVE 44 | 196 | 420 | 9 | 625 |
| EVOLVE 45 | 155 | 777 | 12 | 944 |
| EVOLVE 46 | 132 | 486 | 8 | 626 |
| EVOLVE 47 | 108 | 574 | 8 | 690 |
| EVOLVE 48 | 141 | 480 | 8 | 629 |
| EVOLVE 49 | 159 | 572 | 20 | 751 |
| EVOLVE 50 | 203 | 453 | 20 | 676 |
| EVOLVE 51 | 147 | 564 | 16 | 727 |
| EVOLVE 52 | 108 | 424 | 4 | 536 |
|  | 2820 | 9038 | 242 | 12100 |
| EVOLVE 53 | 254 | 829 | 24 | 1107 |
| EVOLVE 54 | 318 | 622 | 36 | 976 |
| EVOLVE 55 | 210 | 714 | 24 | 948 |
| EVOLVE 56 | 252 | 719 | 28 | 999 |
| EVOLVE 57 | 217 | 699 | 24 | 940 |
| EVOLVE 58 | 704 | 1719 | 52 | 2475 |
| EVOLVE 59 | 666 | 1592 | 60 | 2318 |
| EVOLVE 60 | 303 | 846 | 30 | 1179 |
| EVOLVE 61 | 197 | 873 | 24 | 1094 |
| EVOLVE 62 | 293 | 722 | 48 | 1063 |
| EVOLVE 63 | 239 | 690 | 44 | 973 |
| EVOLVE 64 | 297 | 925 | 30 | 1252 |
| EVOLVE 65 | 239 | 788 | 27 | 1054 |
| EVOLVE 66 | 820 | 1441 | 54 | 2315 |
| EVOLVE 67 | 701 | 1265 | 60 | 2026 |
| EVOLVE 68 | 266 | 660 | 48 | 974 |
| EVOLVE 69 | 228 | 701 | 60 | 989 |
|  | 6204 | 15805 | 673 | 22682 |

|  | 9.99 - 14.99 | 14.99 - 19.99 | 24.99 - 29.99 |  |
|---|---|---|---|---|
| SHINE 24 | 96 | 489 | 30 | 615 |
| SHINE 25 | 120 | 438 | 30 | 588 |
| SHINE 26 | 129 | 603 | 27 | 759 |
| SHINE 27 | 102 | 486 | 27 | 615 |
| SHINE 28 | 108 | 489 | 33 | 630 |
| SHINE 29 | 137 | 390 | 36 | 563 |
| SHINE 30 | 135 | 492 | 36 | 663 |
| SHINE 31 | 114 | 387 | 24 | 525 |
|  | 941 | 3774 | 243 | 4958 |
| SHINE 32 | 152 | 560 | 28 | 740 |
| SHINE 33 | 112 | 476 | 24 | 612 |
| SHINE 34 | 136 | 452 | 28 | 616 |
| SHINE 35 | 216 | 680 | 52 | 948 |
| SHINE 36 | 116 | 412 | 24 | 552 |
| SHINE 37 | 144 | 408 | 36 | 588 |
|  | 876 | 2988 | 192 | 4056 |

| | 9.99 - 14.99 | 14.99 - 19.99 | 24.99 - 29.99 | |
|---|---|---|---|---|
| EVERYTHING BURNS | 48 | 188 | | 236 |
| ASCENSION | 44 | 100 | 4 | 148 |
| ESTABLISH DOMINANCE | 24 | 86 | | 110 |
| ACCELERATE | 24 | 72 | | 96 |
| DOI | 32 | 96 | | 128 |
| KICKOFF | | 24 | | 24 |
| HEATSTROKE | 24 | 96 | 4 | 124 |
| FALLOUT N1 | 72 | 216 | | 288 |
| FALLOUT N2 | 44 | 140 | | 184 |
| KICKOFF | | 24 | | 24 |
| | 312 | 1042 | 8 | 1362 |

| | 9.99 - 14.99 | 14.99 - 19.99 | 24.99 - 29.99 | |
|---|---|---|---|---|
| EVERYTHING BURNS | 48 | 126 | | 174 |
| FLORIDA RUMBLE | 36 | 76 | 6 | 118 |
| ACCELERATE | 40 | 112 | | 152 |
| DOI | 68 | 96 | | 164 |
| HEATSTROKE | 68 | 88 | 3 | 159 |
| ALL OR NOTHING | 48 | 72 | | 120 |
| | 308 | 570 | 9 | 887 |

|              | 9.99 - 14.99 | 14.99 - 19.99 | 24.99 - 29.99 |      |
|--------------|-------------:|--------------:|--------------:|-----:|
| WWN SUPERSHOW | 344 | 1144 | 24 | 1512 |
| SHIMMER 71   | 272 | 1436 |    | 1708 |
| KOI          | 268 |  600 | 48 |  916 |
| KAIJU        |     |  172 |    |  172 |
| CHINA        | 796 |      |    |      |
|              | 1680 | 3352 | 72 | 4308 |
| WWN SUPERSHOW | 540 | 1332 | 68 | 1940 |
| SHIMMER 80   | 416 | 1092 |    | 1508 |
| KAIJU        | 108 |  312 |    |  420 |
| CZW          | 188 |  236 |    |  424 |
|              | 1252 | 2972 | 68 | 4292 |