



# 2016 WWNLIVE EXPERIENCE
## April 1st - April 3rd
## Dallas, Texas

The biggest annual independent wrestling party is coming to the Lone-Star state in 2016... it's the WWNLive Experience.

The greatest professional athletes from around the globe assemble on the WWNLive stage each year to display their high-flying and hard-hitting action that is unparalleled in this genre.

It only happens once a year...
Don't miss your opportunity to be a part of history!

## SCHEDULE OF EVENTS

### Friday, April 1st

  

Evolve Wrestling Event - 4pm
Viva La Lucha Event - 8pm
Kaiju Big Battel - Midnight

### Saturday, April 2nd

  

Evolve Wrestling Event - Noon
Shimmer Women Athletes - 4pm
WWN Supershow: Mercury Rising - 8pm
WWNLive Experience Wrap-up Party - Midnight
(Location - TBA)

### Sunday, April 3rd
Texas BBQ Tailgate Party - Location & Time TBA

For more information:
info@morethanmania.com
(267) 638 - 6583

**MoreThanMania.com**

Eddie Deen's Ranch
944 South Lamar
Dallas, TX 75202