IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC. | § | |
| | § | |
| v. | § | Civ. No. 1:17-cv-1043-LY |
| | § | |
| WWN, INC. | § | |

**PLAINTIFF'S JURY DEMAND AND CORPORATE DISCLOSURE STATEMENT**

### A. Jury Demand

1. Plaintiff FloSports, Inc. ("Plaintiff") respectfully requests a trial by jury in the foregoing cause of action.

### B. Corporate Disclosure Statement

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff discloses that it is a privately held company. No publicly held corporation owns 10% or more of Plaintiff's stock.

Respectfully submitted,

**RICHARDSON + BURGESS LLP**
221 West 6th Street, Suite 900
Austin, Texas 78701-3445
Telephone: (512) 482-8808
Facsimile: (512) 499-8886
Email: kburgess@richardsonburgess.com
Email: ssharp@richardsonburgess.com

Dated: November 27, 2017       By: */s/ Karen C. Burgess*
　　　　　　　　　　　　　　　　Karen C. Burgess
　　　　　　　　　　　　　　　　State Bar No. 00796276
　　　　　　　　　　　　　　　　Stacy Rogers Sharp
　　　　　　　　　　　　　　　　State Bar No. 24052109

**ATTORNEYS FOR PLAINTIFF
FLOSPORTS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record in accordance with the Federal Rules of Civil Procedure on this the 27th day of November, 2017, as follows:

Paul Schlaud
State Bar No. 24013469
Manasi Rodgers
State Bar No. 24090361
Reeves & Brightwell LLP
221 W 6th Street, Suite 1000
Austin, Texas 78701-3418
Telephone: (512) 334-4500
Facsimile: (512) 334-4492
Email: pschlaud@reevesbrightwell.com
Email: mrodgers@reevesbrightwell.com

*/s/ Karen C. Burgess*
Karen C. Burgess