IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. A-17-CV-1043-LY |
| V. | § | |
| | § | |
| WWN, INC., | § | |
| DEFENDANT. | § | |

## ORDER

Before the court is Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Motion to Dismiss for Failure to State a Claim filed November 13, 2017 (Doc. #4). Plaintiff Flosports, Inc.'s Amended Complaint was filed on November 27, 2017 (Doc. #5), along Plaintiff Flosports, Inc.'s Response to WWN's Motion to Dismiss (Doc. #6). In light of the filing of Plaintiff's Flosports, Inc.'s Amended Complaint,

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Motion to Dismiss for Failure to State a Claim filed November 13, 2017 (Doc. #4) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _30th_ day of November, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE