United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Burgess, Karen C. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, December 08, 2017 |
| Re: | 01:17-CV-01043-LY / Doc # 10 / Filed On: 12/08/2017 03:43 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Certificate of service reflects service of document via cm/ecf. Sealed documents are not served via ECF and requires service to parties via other means. Please ONLY submit an amended certificate of service as a SEPARATE document in pleading format stating the means of service. DO NOT docket Corrected Certificate of Service a SEALED document. DO NOT REFILE ENTIRE DOCUMENT.