IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|     PLAINTIFF | § | |
| v. | § | CIVIL ACTION NO. 1:17-CV-01043-LY |
| | § | |
| WWN, INC., | § | |
|     DEFENDANT. | § | |

**AMENDED CERTIFICATE OF SERVICE TO
PLAINTIFF FLOSPORTS, INC.'S AMENDED UNOPPOSED MOTION TO SEAL
EXHIBITS B AND D TO CLERK'S DOCUMENT 6**

      This is to certify that a copy of Plaintiff FloSports, Inc.'s Amended Unopposed Motion to Seal Exhibits B and D to Clerk's Document 6 was served on the attorneys of record in accordance with the Federal Rules of Civil Procedure on the 8th day of December, 2017, as follows:

Paul Schlaud
State Bar No. 24013469
Mansi Rodgers
State Bar No. 24090361
Reeves & Brightwell LLP
221 W 6th Street, Suite 1000
Austin, Texas 78701-3418
Telephone: (512) 334-4500
Facsimile: (512) 334-4492
Email: pschlaud@reevesbrightwell.com
Email: mrodgers@reevesbrightwell.com

                Respectfully submitted,

                **RICHARDSON + BURGESS LLP**
                221 West 6th Street, Suite 900
                Austin, Texas  78701-3445
                Telephone: (512) 482-8808
                Facsimile: (512) 499-8886
                Email: kburgess@richardsonburgess.com

                By:  /s/  Karen C. Burgess
                      Karen C. Burgess
                      State Bar No. 00796276
                      Stacy Rogers Sharp
                      State Bar No. 24052109

                **ATTORNEYS FOR PLAINTIFF**
                **FLOSPORTS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record in accordance with the Federal Rules of Civil Procedure on this the 11th day of December, 2017, as follows:

Paul Schlaud
State Bar No. 24013469
Mansi Rodgers
State Bar No. 24090361
Reeves & Brightwell LLP
221 W 6th Street, Suite 1000
Austin, Texas 78701-3418
Telephone: (512) 334-4500
Facsimile: (512) 334-4492
Email: pschlaud@reevesbrightwell.com
Email: mrodgers@reevesbrightwell.com

                                  */s/ Karen C. Burgess*
                                  Karen C. Burgess

AMENDED UNOPPOSED MOTION TO SEAL EXHIBITS B AND D TO CLERK'S DOCUMENT 6    Page 2