IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|     PLAINTIFF | § | |
| v. | § | CIVIL ACTION NO. 1:17-CV-01043-LY |
| | § | |
| WWN, INC., | § | |
|     DEFENDANT | § | |

**ORDER GRANTING PLAINTIFF FLOSPORTS, INC.'S
UNOPPOSED AMENDED MOTION TO SEAL
EXHIBITS B AND D TO CLERK'S DOCUMENT 6**

After considering Plaintiff FloSports, Inc.'s Unopposed Amended Motion to Seal Exhibits B and D to Clerk's Document 6, the Court is of the opinion that the motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the Clerk file under seal Exhibits B and D to FloSports' Response to the Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Motion to Dismiss for Failure to State a Claim (Clerk's Doc. 6).

**IT IS FURTHER ORDERED** that the Clerk expunge from the public record Exhibits B and D to Clerk's Doc. 6.

**IT IS FINALLY ORDERED** that FloSports' original Motion to Seal (Clerk's Document 9) is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this _13th_ day of December, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE