| | |
|---|---|
| **From:** | Sal Hamaoui |
| **To:** | "Toby Mergler" |
| **Subject:** | RE: Non-Disclosure |
| **Date:** | Tuesday, October 11, 2016 2:48:50 PM |
| **Attachments:** | WWN 2015-2016.xlsx |
| **Importance:** | High |

Toby,

These just represent live iPPV & VOD buys for 2015-2016 events. Older titles represent about 15% of our gross sales.

Best regards,

Sal

**From:** Toby Mergler [mailto:toby.mergler@flosports.tv]
**Sent:** Tuesday, October 11, 2016 3:18 PM
**To:** sal
**Subject:** Fwd: Non-Disclosure

Here you go Sal. Look forward to getting those numbers.

Begin forwarded message:

> **From:** Martin Floreani <martin@flosports.tv>
> **Date:** October 11, 2016 at 12:13:29 PM PDT
> **To:** Toby Mergler <toby.mergler@flosports.tv>, Robert Noreck <robert.noreck@flosports.tv>
> **Subject: Re: Non-Disclosure**
>
> signed and attached.

9.99 - 14.99    14.99 - 19.99    24.99 - 29.99

EVOLVE 36
EVOLVE 37
EVOLVE 38
EVOLVE 39
EVOLVE 40
EVOLVE 41
EVOLVE 42
EVOLVE 43
EVOLVE 44
EVOLVE 45
EVOLVE 46
EVOLVE 47
EVOLVE 48
EVOLVE 49
EVOLVE 50
EVOLVE 51
EVOLVE 52



EVOLVE 53
EVOLVE 54
EVOLVE 55
EVOLVE 56
EVOLVE 57
EVOLVE 58
EVOLVE 59
EVOLVE 60
EVOLVE 61
EVOLVE 62
EVOLVE 63
EVOLVE 64
EVOLVE 65
EVOLVE 66
EVOLVE 67
EVOLVE 68
EVOLVE 69

9.99 - 14.99    14.99 - 19.99    24.99 - 29.99

SHINE 24
SHINE 25
SHINE 26
SHINE 27
SHINE 28
SHINE 29
SHINE 30
SHINE 31

SHINE 32
SHINE 33
SHINE 34
SHINE 35
SHINE 36
SHINE 37



9.99 - 14.99    14.99 - 19.99    24.99 - 29.99

EVERYTHING BURNS
ASCENSION
ESTABLISH DOMINANCE
ACCELERATE
DOI
KICKOFF
HEATSTROKE
FALLOUT N1
FALLOUT N2
KICKOFF



EVERYTHING BURNS
FLORIDA RUMBLE
ACCELERATE
DOI
HEATSTROKE
ALL OR NOTHING

                9.99 - 14.99    14.99 - 19.99    24.99 - 29.99

WWN SUPERSHOW
SHIMMER 71
KOI
KAIJU
CHINA



WWN SUPERSHOW
SHIMMER 80
KAIJU
CZW