



# 2016 WWNLIVE EXPERIENCE
## APRIL 1ST - APRIL 3RD
## DALLAS, TEXAS

THE BIGGEST ANNUAL INDEPENDENT WRESTLING PARTY IS COMING TO THE LONE-STAR STATE IN 2016... IT'S THE WWNLIVE EXPERIENCE.

THE GREATEST PROFESSIONAL ATHLETES FROM AROUND THE GLOBE ASSEMBLE ON THE WWNLIVE STAGE EACH YEAR TO DISPLAY THEIR HIGH-FLYING AND HARD-HITTING ACTION THAT IS UNPARALLELED IN THIS GENRE.

DON'T MISS YOUR OPPORTUNITY TO BE A PART OF HISTORY! IT ONLY HAPPENS ONCE A YEAR...

## SCHEDULE OF EVENTS

### FRIDAY, APRIL 1ST


EVOLVE WRESTLING EVENT - 4PM
VIVA LA LUCHA EVENT - 8PM
KAIJU BIG BATTEL - MIDNIGHT

### SATURDAY, APRIL 2ND

EVOLVE WRESTLING EVENT - NOON
SHIMMER WOMEN ATHLETES - 4PM
WWN SUPERSHOW: MERCURY RISING - 8PM
WWNLIVE EXPERIENCE WRAP-UP PARTY - MIDNIGHT
(LOCATION - TBA)

### SUNDAY, APRIL 3RD


TEXAS BBQ TAILGATE PARTY - LOCATION & TIME TBA

FOR MORE INFORMATION:
INFO@MORETHANMANIA.COM
(267) 638 - 6583

**MORETHANMANIA.COM**

EDDIE DEEN'S RANCH
944 SOUTH LAMAR
DALLAS, TX 75202