IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC. | § § § | |
| v. | § | Civ. No. 1:17-cv-1043-LY |
| | § § | |
| WWN, INC. | § | |

### SUPPLEMENTAL DECLARATION OF PHIL WENDLER

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

I, Phil Wendler declare:

1. My name is Phil Wendler. I am over the age of eighteen (18) years. My address is 979 Springdale Road Suite 120, Austin, Texas 78702. I am of sound mind and have personal knowledge of the facts stated herein, which are all true and correct.

2. The Agreement required the production of FloFilms to promote WWN events, and three such films were produced in FloSports' Austin, Texas studios in collaboration with WWN. They can be found at:

   - https://www.floslam.tv/video/5748541-matt-riddle-all-in-episode-1;
   - https://www.floslam.tv/video/5754267-matt-riddle-all-in-episode-2; and
   - https://www.floslam.tv/video/5827286-all-access-more-than-mania."

I declare under penalty of perjury on this ____ day of December, 2017, that the foregoing is true. Signed at Austin, Texas.

_____
Phil Wendler