IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 DEC 28  AM 8: 32

| | | |
|---|---|---|
| FLOSPORTS, INC., | | § |
| | PLAINTIFF, | § |
| | | §    CAUSE NO. A-17-CV-1043-LY |
| V. | | § |
| | | § |
| WWN, INC., | | § |
| | DEFENDANT. | § |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction filed December 11, 2017 (Doc. #13) and Plaintiff's Response to WWN's Motion to Dismiss filed December 22, 2017 (Doc. #18) are **REFERRED** to United States Magistrate Andrew Austin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this **27th** day of December, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE