IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|     PLAINTIFF | § | |
| v. | § | CIVIL ACTION NO. 1:17-CV-01043-LY |
| | § | |
| WWN, INC., | § | |
|     DEFENDANT | § | |

**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE**

On this day, the Court GRANTS this agreed order of mutual dismissal of claims that have been or could have been asserted between Plaintiff FloSports, Inc. ("FloSports") on the one hand and Defendant WWN, Inc. ("WWN") on the other.

It is therefore, ORDERED, ADJUDGED AND DECREED, that all claims that have been or could have been asserted herein between FloSports on the one hand, and WWN on the other, are dismissed with prejudice to the right to file or re-file, and it is FURTHER ORDERED that each party bear its own costs, expenses and attorney's fees related to those claims.

SIGNED this _____ day of February, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

**AGREED:**

**RICHARDSON + BURGESS LLP**
221 West 6th Street, Suite 900
Austin, Texas  78701-3445
Telephone: (512) 482-8808
Facsimile: (512) 499-8886
Email: kburgess@richardsonburgess.com
Email: dreinhart@richardsonburgess.com

By: */s/ Karen C. Burgess*
      Karen C. Burgess
      State Bar No. 00796276


**ATTORNEYS FOR PLAINTIFF FLOSPORTS, INC.**


**REEVES & BRIGHTWELL LLP**
221 W 6th Street, Suite 1000
Austin, Texas 78701-3418
Telephone: (512) 334-4500
Facsimile: (512) 334-4492
Email: pschlaud@reevesbrightwell.com
Email: mrodgers@reevesbrightwell.com

By: */s/ Manasi Rodgers*
      Paul Schlaud
      State Bar No. 24013469
      Manasi Rodgers
      State Bar No. 24090361

**ATTORNEYS FOR DEFENDANT WWN, INC.**