IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLOSPORTS, INC., | § | |
|     PLAINTIFF, | § | |
| | § | CAUSE NO. A-17-CV-1043-LY |
| V. | § | |
| | § | |
| WWN, INC., | § | |
|     DEFENDANT. | § | |

FILED
2018 FEB 28  AM 9:36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

## FINAL JUDGMENT

Before the court is the above entitled cause. On this date, the court signed the parties' Agreed Order of Mutual Dismissal with Prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _28th_ day of February, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE